

# ELECTRONIC RECORD

COA #   10-13-00312-CR

OFFENSE:   Securing Execution of Document by Deception-2 cts

STYLE:   Melissa Adler v. The State of Texas

COUNTY:   McLennan

TRIAL COURT:   54th District Court

TRIAL COURT #:   2012-1184-C2

TRIAL COURT JUDGE:   Hon. Matt Johnson

DISPOSITION:   AFFIRMED

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE:   October 23, 2014

JUSTICE:   Chief Justice Gray      PC      S    X

PUBLISH: _____      DNP:   X

CLK RECORD:   October 3, 2013

RPT RECORD:   January 7, 2014

STATE BR:   July 14, 2014

APP BR:   April 21, 2014

SUPP CLK RECORD: _____

SUPP RPT RECORD: _____

SUPP BR: _____

APP SUPP BR:   July 28, 2014

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

CCA #   **1556-14**

----------------------

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

  _refused_

DATE: _Mar 4 2015_

JUDGE: _PC_

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____      PC: _____

PUBLISH: _____      DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____